UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING CONFIRMATION HEARING ON NOVEMBER 3, 2011**

CASE NO.:        11-63079-JRS

DEBTOR(S):       JOANNE BONNYE BURFORD

**TRUSTEE TO REPORT BACK IN 10 DAYS**

AFTER REVIEW OF TAX RETURNS:

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

RECOMMENDS AGAINST CONFIRMATION BECAUSE:

DEBTOR HAS NOT PROVIDED TRUSTEE WITH A COPY OF THE LAST FILED FEDERAL TAX RETURN:

PLEASE ENTER AN ORDER OF DISMISSAL.

November 22, 2011

　　　　　　　　　　　　　　　　　　　　/s/ Celeste A. Belville
　　　　　　　　　　　　　　　　　　　　Celeste A. Belville, Attorney
　　　　　　　　　　　　　　　　　　　　for Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　GA Bar No. 049702

```
Adam M. Goodman, Chapter 13 Trustee
Suite 200 - 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444
```

11-63079-JRS

# CERTIFICATE OF SERVICE

This is to certify that I have this day served

DEBTOR(S):    JoAnne Bonnye Burford
3229 Kingsdale Drive
Atlanta, GA 30311

ATTORNEY FOR DEBTOR(S):

Clark & Washington, P.C.
3300 Northeast Expwy.
Bldg. 3, Suite A
Atlanta, GA 30341

the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 23rd day of November, 2011.

/s/ Celeste A. Belville
Celeste A. Belville, Attorney
for Chapter 13 Trustee
GA Bar No. 049702

Adam M. Goodman, Chapter 13 Trustee
Suite 200 - 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444